B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Radiant Logistics, Inc.**        Case No.
                     Debtor(s)        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Credit card-Business operations. | | 22,728.30 |
| Bank of America<br>Business Card<br>P.O. Box 15019<br>Wilmington, DE 19886-5710 | Bank of America<br>Business Card<br>P.O. Box 15019<br>Wilmington, DE 19886-5710 | Credit Card-Business Operations. | | 19,367.31 |
| Citibank<br>P.O. Box 688901<br>Des Moines, IA 50368 | Citibank<br>P.O. Box 688901<br>Des Moines, IA 50368 | Credit Card-Business operations | | 18,994.55 |
| Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197 | Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197 | Credit Card-Business Operations | | 8,259.87 |
| Estate of Bernice Moore<br>25542 Hunt Club Blvd.<br>Farmington Hills, MI 48335 | Estate of Bernice Moore<br>25542 Hunt Club Blvd.<br>Farmington Hills, MI 48335 | Business Loan | | 50,000.00 |
| Glenn Moore<br>25542 Hunt Club Blvd.<br>Farmington, MI 48335 | Glenn Moore<br>25542 Hunt Club Blvd.<br>Farmington, MI 48335 | Business Loan | | 28,086.18 |
| Jonathan Maples<br>212 Mirasol Way<br>Monterey, CA 93940 | Jonathan Maples<br>212 Mirasol Way<br>Monterey, CA 93940 | Business Loan | | 42,500.00 |
| Kevin Kyles<br>25510 Bridlepath Lane<br>Farmington Hills, MI 48335 | Kevin Kyles<br>25510 Bridlepath Lane<br>Farmington Hills, MI 48335 | Business Loan | | 33,814.16 |
| M Pressions Marketing<br>25542 Hunt Club Blvd.<br>Farmington Hills, MI 48335 | M Pressions Marketing<br>25542 Hunt Club Blvd.<br>Farmington Hills, MI 48335 | Business Loan | | 4,500.00 |
| PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285 | PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285 | Credit Card-Business | | 3,843.30 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Radiant Logistics, Inc.**    Case No. _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PNC Bank P.O. Box 856177 Louisville, KY 40285 | PNC Bank P.O. Box 856177 Louisville, KY 40285 | 2000 Freightliner FL112 c/o Devenport's Truck 26380 Van Born Road Dearborn Heights, MI 48125 | | 145,000.00 (6,500.00 secured) |
| PNC Bank P.O. Box 856177 Louisville, KY 40285 | PNC Bank P.O. Box 856177 Louisville, KY 40285 | General Services Administration P.O. Box 419279 Kansas City, MO 64141 | | 145,000.00 (12,500.00 secured) |
| PNC Bank P.O. Box 856177 Louisville, KY 40285 | PNC Bank P.O. Box 856177 Louisville, KY 40285 | Checking Accounts PNC Bank, N.A. P.O. Box 856177 Louisville, KY 40285 | | 145,000.00 (136.00 secured) |
| PNC Bank P.O. Box 3180 Pittsburgh, PA 15222 | PNC Bank P.O. Box 3180 Pittsburgh, PA 15222 | Dell Inspirion computer and HP Printer Location: 2551 Bridlepath Lane, Farmington Hills MI 48335 | | 145,000.00 (300.00 secured) |
| PNC Bank P.O. Box 856177 Louisville, KY 40285 | PNC Bank P.O. Box 856177 Louisville, KY 40285 | 1999 Cottrell 5309 c/o Devenport's Truck 26380 Van Born Road Dearborn Heights, MI 48125 | | 145,000.00 (1,500.00 secured) |
| PNC Bank P.O. Box 856177 Louisville, KY 40285 | PNC Bank P.O. Box 856177 Louisville, KY 40285 | Checking Account Charter One Bank FARMINGTON HILLS OFFICE 33333 West 12 Mile Road Farmington Hills, MI 48334 | | 145,000.00 (1,606.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Radiant Logistics, Inc.**                      Case No. _____

                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285 | PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285 | 2000 Cottrell 5309 c/o Devenport's Truck<br>26380 Van Born Road<br>Dearborn Heights, MI 48125 | | 145,000.00<br><br>(4,000.00 secured) |
| Telcom Credit Union<br>21100 Northwestern Highway<br>Southfield, MI 48075 | Telcom Credit Union<br>21100 Northwestern Highway<br>Southfield, MI 48075 | Business Loan | | 11,242.47 |
| US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 | US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 | Credit Card-Business Operations | | 14,508.78 |
| Zena Kyles<br>25510 Hunt Club Blvd.<br>Farmington Hills, MI 48335 | Zena Kyles<br>25510 Hunt Club Blvd.<br>Farmington Hills, MI 48335 | Credit Card Advances. | | 22,728.30 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **July 19, 2011**             Signature    **/s/ Kevin Kyles**
                                                             **Kevin Kyles**
                                                             **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.